No. D–69. In re Disbarment of Lundy. It is ordered that Rayfield Lundy, of Compton, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–70. In re Disbarment of Weber. It is ordered that Jerome Weber, of Beverly Hills, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–71. In re Disbarment of Mason. It is ordered that Richard W. Mason, Jr., of Kansas City, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–72. In re Disbarment of Maner. It is ordered that Charles A. Maner, Sr., of Knoxville, Tenn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–73. In re Disbarment of McGovern. It is ordered that John J. McGovern, of Rockville, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–74. In re Disbarment of Foster. It is ordered that T. Russell Foster, of Charleston, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.